# United States Bankruptcy Court
## Northern District of Alabama

In re **Aqua Marine Enterprises, Inc.**   Case No. **18-80464**
Debtor(s)   Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Aqua Marine Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 16, 2018** | **/s/ Kevin D. Heard** |
| Date | **Kevin D. Heard** |
| | Signature of Attorney or Litigant |
| | Counsel for **Aqua Marine Enterprises, Inc.** |
| | **Heard, Ary & Dauro, LLC** |
| | **303 Williams Avenue** |
| | **Park Plaza, Suite 921** |
| | **Huntsville, AL 35801** |
| | **256-535-0817 Fax:256-535-0818** |
| | **kheard@heardlaw.com; aary@heardlaw.com; adauro@heardlaw.com** |