Fill in this information to identify the case:
Debtor name: **Aqua Marine Enterprises, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ALABAMA**
Case number (if known): **18-80464**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Air Gas USA, LLC** PO Box 532609 Atlanta, GA 30353-2609 | | | | | | $2,223.71 |
| **Bama Concrete** PO Box 1099 Tuscaloosa, AL 35403 | | | | | | $7,383.32 |
| **Buettner Brothers Lumber** 700 7th Ave SW Cullman, AL 35055 | | | | | | $2,474.60 |
| **Craneworks, Inc.** PO Box 13065 Birmingham, AL 35202 | | | | | | $4,877.50 |
| **Cullman Lift Specialty, Inc.** 3974 Co. Rd. 1212 Vinemont, AL 35179 | | | | | | $1,710.35 |
| **Gabriel Standard Media** 1017 Stones Throw Dr. Huntsville, AL 35806 | | | | | | $3,036.60 |
| **JMS Metal Services of Alabama, Inc.** PO Box 1798 Dept. #07-097 Memphis, TN 38101-9715 | | | | | | $20,380.68 |
| **K&B Fabricators Inc.** 3314 Sexton Rd. SE Decatur, AL 35603 | | | **Contingent Disputed** | | | $137,680.00 |

| Debtor | Aqua Marine Enterprises, Inc. | | Case number *(if known)* | 18-80464 | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lowes<br>Attn: Bankruptcy Department<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | | | | | | $2,968.65 |
| Melanie Mitchell<br>3275 Hwy. 53 West<br>Danville, AL 35619 | | | | | | $47,100.00 |
| Metallion Finishes, LLC<br>1400 Sutton Bridge Rd.<br>Rainbow City, AL 35906 | | | | | | $7,354.75 |
| Mitchell Properties<br>304 Crest Field Dr.<br>Hartselle, AL 35640 | | | | | | $84,000.00 |
| Pittman Electric<br>875 Lee Rd<br>Hartselle, AL 35640 | | | | | | $5,783.00 |
| Reed Contracting Services, Inc.<br>Attn: Bankruptcy Department<br>4704 Union Grove Road<br>Union Grove, AL 35175 | | | | | | $3,258.00 |
| Robert Mitchell<br>304 Crest Field Dr.<br>Hartselle, AL 35640 | | | | | | $50,000.00 |
| S&S<br>1314 Railroad St. NW<br>Hartselle, AL 35640 | | | | | | $1,656.95 |
| Shelby Concrete, Inc.<br>PO Box 9008<br>Montgomery, AL 36108 | | | | | | $4,000.00 |
| Taylor Electrical<br>PO Box 70084<br>Tuscaloosa, AL 35407 | | | | | | $2,531.00 |
| William A. Hill ACEE Trucking<br>931 Culver Road<br>Falkville, AL 35622 | | | | | | $4,850.00 |

| Debtor | Aqua Marine Enterprises, Inc. | | | Case number *(if known)* | **18-80464** | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wooster Products, Inc.**<br>**1000 Spruce St.**<br>**PO Box 6005**<br>**Wooster, OH 44691** | | | | | | **$1,152.00** |