UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
}
}
Aqua Marine Enterprises, Inc. } Case No. 18-80464-CRJ-11
}
} Chapter 11
}
Debtor(s) }
}
}

ORDER ON MOTION FOR EXPEDITED HEARING ON RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter is before the Court on the following:

Motion by Debtor for Expedited Hearing on Renewed Motion for Relief from Automatic Stay

The Court, having considered the pleading, it is therefore ORDERED, ADJUDGED and DECREED that:

The Motion by Debtor for Expedited Hearing is hereby GRANTED. HEARING ON the Renewed Motion for Relief from Automatic Stay will be held on March 28, 2018, at 11:30 a.m. at Federal Building, 101 Holmes Ave., Huntsville, AL 35801.

Dated this the 16th day of March, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge