# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Aqua Marine Enterprises, Inc. | } | **Case No: 18-80464-CRJ11** |
| | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER

This matter came before the Court on Wednesday, March 28, 2018 11:30 AM, for a hearing on the following:

    RE: Doc #59; Debtor's Renewed Motion for Relief from Stay to allow parties to proceed with Appeal

Proper notice of the hearing was given and appearances were made by the following:

    Kevin D. Heard, attorney for Aqua Marine Enterprises, Inc. (Debtor)
    Richard M Blythe (Bankruptcy Administrator)
    Kevin Morris, attorney for K&B Fabricators, Inc.
    Kevin Gray, Appellate Counsel to Debtor

    The Court considered the Motion and finds good cause exists to lift the stay.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Debtor's Renewed Motion for Relief from Stay to allow parties to proceed with Appeal is GRANTED effective March 5, 2018.

Dated: 03/28/2018

    /s/ CLIFTON R. JESSUP JR.
    CLIFTON R. JESSUP JR.
    United States Bankruptcy Judge